960

No. 87–376.   LOS ANGELES MEMORIAL COLISEUM COMMISSION
v. NATIONAL BASKETBALL ASSN. ET AL.   C. A. 9th Cir.   Certio-
rari dismissed under this Court's Rule 53.

NOVEMBER 30, 1987

No. 87–340.   WYANT v. PENNSYLVANIA DEPARTMENT OF EN-
VIRONMENTAL RESOURCES ET AL.   Appeal from Pa. Commw. Ct.
dismissed for want of jurisdiction.   Treating the papers whereon
the appeal was taken as a petition for writ of certiorari, certiorari
denied.

No. 87–588.   PEABODY COAL CO. v. STATE TAX COMMISSION
OF MISSOURI ET AL.   Appeal from Sup. Ct. Mo. dismissed for
want of jurisdiction.   Treating the papers whereon the appeal
was taken as a petition for writ of certiorari, certiorari denied.

No. 87–5634.   WOOL v. RICHARDSON ET AL.   Appeal from Ct.
Sp. App. Md. dismissed for want of jurisdiction.   Treating the
papers whereon the appeal was taken as a petition for writ of cer-
tiorari, certiorari denied.

No. 87–579.   KATZ v. NEW YORK.   Appeal from App. Term,
Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial
federal question.

No. 87–625.   SCHAPIRO v. HERITAGE MUTUAL INSURANCE CO.
Appeal from Ct. App. Wis. dismissed for want of substantial fed-
eral question.

No. 87–637.   GREEN v. FRANKLIN.   Appeal from Ct. App.
Cal., 2d App. Dist., dismissed for want of substantial federal
question.

No. 87–5596.   ARMSTRONG v. ARMSTRONG.   Appeal from Ct.
App. Cal., 4th App. Dist., dismissed for want of substantial fed-
eral question.